UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARMEN HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CV-332 CAS |
| ) | |
| HSBC, USA, NA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on review of the file. Plaintiff Carmen Hill commenced this action on March 10, 2008. At the time she filed her complaint, plaintiff, who is proceeding pro se, listed her telephone number as (314) 226-9627, and her address of record as 4938 Magnolia, Saint Louis, Missouri, 63139. The record reflects that on October 29, 2008, a clerk of the Court attempted to contact plaintiff at her telephone number of record, but found the number was no longer assigned to plaintiff. (See Doc. 41) Counsel for defendant Martin, Leigh, Fritzlen, P.C., has also represented to the Court that he has been unable to contact plaintiff at her telephone number of record.

Local Rule 2.06(B) provides,

> Every pro se party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address or telephone number. If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D.Mo. L.R. 2.06(B). As plaintiff is no longer reachable at her telephone number of record, plaintiff will be ordered to provide the Court with her current number. If she has also changed her address, plaintiff shall provide her current address as well.

Accordingly,

**IT IS HEREBY ORDERED** that on or before April 22, 2009, plaintiff Carmen Hill shall provide the Court with her current telephone number of record, and if applicable, her current address of record.

**Failure to comply with this order may result in the dismissal of this action without prejudice for failure to comply with this order and for failure to prosecute this action.**

                                                       **CHARLES A. SHAW**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated this   13th   day of April, 2009.